**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **LEON NZANYWAYO** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| **v.** | ) | **CASE NO.**  3:26CV-521-CHB |
| | ) | |
| **NORFOLK SOUTHERN** | ) | *(Electronically Filed)* |
| **RAILWAY COMPANY** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

### VERIFIED COMPLAINT AND DEMAND FOR A JURY TRIAL

**\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\***

The Plaintiff, Leon Nzanywayo, brings this civil Complaint against Norfolk Southern (hereinafter "Norfolk ") seeking damages for national origin discrimination.

1.      This action contains claims that arise under Title VII of the Civil Rights Act of 1964 and the laws of the Commonwealth of Kentucky, including KRS Chapter 344 et seq.

2.      The Defendant's wrongful acts set out in the Complaint began in Jefferson County, Kentucky, this judicial district.

3.      This Court has jurisdiction as Plaintiff affirmatively pleads that he seeks monetary damages aggregating more than the jurisdictional threshold of this Court.

4.      The United States Equal Employment Opportunity Commission issued Leon a "Right to Sue" letter on or about May 11, 2026, which is attached as **Exhibit 1**.

5.      The Plaintiff, Leon Nzanywayo, is a Louisville, Kentucky resident who was born and raised in the Congo and has an obvious African accent when he speaks.

6.      Leon became a United States citizen in 2025.

1

7. The Defendant interviewed Leon three times in Louisville between September and October 2025 for the position of train conductor.

8. The Defendant hired Leon after these interviews and as part of his new position, sent him to Atlanta for training in January 2026.

9. Leon passed all exams and assignments during the first three weeks of the Atlanta training.

10. However, Leon was repeatedly targeted by two of Defendant's instructors who were conducting the trainings.

11. One named Eric ridiculed Leon for his accent in front of his fellow trainees.

12. Leon approached Eric afterwards about how hurtful Eric's treatment of him was.

13. Eric harshly dismissed Leon's concerns.

14. After Leon confronted Eric about this treatment, things all went downhill for Leon.

15. Another, Mike, perpetually harassed Leon for his performance, writing him up for every possible thing he could while helping the rest of the trainees without foreign accents who were making more and even worse mistakes than Leon.

16. Prior to Leon's scheduled final test, Mike brought a Jerome with him to watch a routine practice session of the trainees.

17. Leon performed as well as all of his fellow trainees and in fact at the end of Leon's session, his fellow trainees clapped for him because of the successful way he performed.

18. Shockingly, Jerome and Mike told Leon he had failed and he was fired. All other trainees passed.

## COUNT I

19.     The Defendant discriminated against Leon in violation of the Civil Rights Act of 1964 and KRS Chapter 344 by terminating him because of his national origin.

20.     As a direct and proximate result of the Defendant's wrongful actions, Leon has suffered mental anguish, embarrassment and humiliation, and lost wages and benefits. He is entitled to recover for these from the Defendant.

21.     Defendant's discriminatory treatment of Leon continues to cause, and will continue to cause, him to suffer mental anguish, embarrassment and humiliation, and lost wages and benefits. He is entitled to recover for these from the Defendant.

22.     That the conduct, actions and/or inactions of Defendant were so grossly reckless and/or so grossly negligent and/or wanton and/or intentional so as to entitle Leon to an award of punitive or exemplary damages in an amount far in excess of that amount required to establish the jurisdiction of this Court.

## COUNT II

23.     The Plaintiff brings this Count alleging violations of Chapter 344 of the Kentucky Revised Statutes prohibiting discrimination based on national origin.

24.     Defendant, through the actions of its employees, subjected Plaintiff to a hostile work environment because of his national origin.

25.     As a direct and proximate result of the Defendant's wrongful actions, Plaintiff has suffered mental anguish, embarrassment and humiliation, and lost wages and benefits. Plaintiff is entitled to recover for the same from the Defendant.

3

26.    Defendant's discriminatory treatment of Plaintiff continues to cause and will continue to cause him to suffer substantial lost wages, lost benefits, and mental anguish as well as humiliation and damages to his personal dignity.

27.    That the conduct, actions and/or inactions of Defendant were so grossly reckless and/or so grossly negligent and/or wanton and/or intentional so as to entitle Leon to an award of punitive or exemplary damages in an amount far in excess of that amount required to establish the jurisdiction of this Court.

**WHEREFORE,** the Plaintiff, Leon Nzanywayo, respectfully demands judgment against the Defendant on his claim as follows:

1.    Actual and compensatory damages in an amount to be presented at trial on each Count, including lost compensation and benefits; future lost wages and benefits, emotional distress, mental anguish, humiliation, and pain and suffering;

2.    Reimbursement for costs and attorney fees expended herein;

3.    Punitive damages, where applicable;

4.    Trial by jury;

5.    Any and all further relief to which he may appear entitled.

MORGAN POTTINGER MCGARVEY

By: _/s/ Thomas R. Coffey_
Thomas R. Coffey
101 South Fifth Street, Suite 1450
Louisville, KY 40202
(502) 560-6742
trc@mpmfirm.com
_Counsel for Plaintiff_

4

## VERIFICATION

I, Leon Nzanywayo, do hereby state that the allegations contained in the above Verified Complaint are true and correct to the best of my knowledge and belief.

_____

LEON NZANYWAYO